IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BIATRIS CASILLAS SAAVEDRA, | § § | |
| *Plaintiff*, | § § | SA-19-CV-01387-ESC |
| vs. | § § | |
| ANDREW SAUL, COMMISSIONER SOCIAL SECURITY; | § § § § | |
| *Defendant*. | § § | |

# ORDER

Before the Court in the above-styled cause of action is Defendant's Unopposed Motion to Reverse with Remand and Enter Judgment [#14]. The Court will grant the motion.

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Reverse with Remand and Enter Judgment [#14] is **GRANTED**.

The Court will enter a separate final judgment remanding this case for further administrative proceedings.

SIGNED this 1st day of June, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE