IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BIATRIS CASILLAS SAAVEDRA, | § | |
| *Plaintiff,* | § | SA-19-CV-01387-ESC |
| vs. | § | |
| ANDREW SAUL, COMMISSIONER SOCIAL SECURITY; | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

On this day, the Court granted the Commissioner's unopposed motion to reverse and remand.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision finding Plaintiff not disabled is **VACATED** and this case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. These proceedings will include a new hearing before a different ALJ who will further evaluate the opinion evidence and Plaintiff's residual functional capacity.

SIGNED this 1st day of June, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE